Kirk A. Pasich (SBN 94242)
pasichk@dicksteinshapiro.com
Cameron H. Faber (SBN 100643)
faberc@dicksteinshapiro.com
Steven P. Inman (SBN 227748)
inmans@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, California 90067-3109
Telephone: (310) 772-8300
Facsimile: (310) 772-8301

Attorneys for Plaintiffs Midland Credit Management, Inc.;
Midland Funding, LLC; MRC Receivables Corporation;
and Midland Funding NCC-2 Corporation

FILED
NOV 30 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation; MIDLAND FUNDING, LLC, a Delaware limited liability company; MRC RECEIVABLES CORPORATION, a Delaware corporation; and MIDLAND FUNDING NCC-2 CORPORATION, a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> TRAUNER, COHEN & THOMAS, LLP, et al., <br><br> Defendants. | CASE NO. 09-CV-2187 H (WVG) <br><br> Hon. Marilyn L. Huff <br><br> **CONSENT JUDGMENT** |

## CONSENT JUDGMENT

It appearing to the Court that Plaintiffs Midland Credit Management, Inc., Midland Funding, LLC, MRC Receivables Corporation and Midland Funding NCC-2 Corporation (hereinafter collectively referred to as "Midland") and Defendants Trauner, Cohen & Thomas, L.L.P. ("TCT"), Michael J. Cohen ("Cohen") and Russell S. Thomas ("Thomas") (with TCT, Cohen and Thomas being hereinafter collectively referred to as the "TCT Parties") mutually consent to entry of this judgment, and it further appearing:

- That the parties intend to resolve any and all claims between or among them relating to Midland's allegations in the above-referenced lawsuit, but without prejudice to any claims against third parties, persons, or entities not expressly adjudicated herein;
- That the TCT Parties and Midland have consented to the jurisdiction of this Court and to being bound by the terms of this Consent Judgment;
- That there is a factual basis for Midland's claims against the TCT Parties, as asserted in Midland's Complaint;
- That this Consent Judgment is a fair, rational, and reasonable disposition of all claims asserted in Midland's Complaint (Fraud, Breach of Contract, Breach of Fiduciary Duty, Negligence, Money Had and Received, and Unjust Enrichment);
- That the TCT Parties and Midland are represented by counsel; and
- That this Consent Judgment constitutes reasonably equivalent value for actual damages incurred by Midland as alleged in Midland's Complaint;

Accordingly, the Court, having determined that there is no just reason for delay and that this judgment should be entered as a final judgment in this action;

///

///

///

DICKSTEIN SHAPIRO LLP

1

CONSENT JUDGMENT

DOCSLA-63304v1

**IT IS ORDERED, DECREED, AND ADJUDGED** that:

1. Midland will recover from the TCT Parties the sum of $1.8 million dollars ($1,800,000), as damages attributable to the claims asserted in Midland's Complaint.

2. The entry of this Consent Judgment shall not prejudice any pending claims, or any potential claims, that Midland may have against any other parties, persons or entities;

3. Midland's claims in this action are dismissed WITH PREJUDICE;

4. Each party shall bear its own attorneys' fees and costs;

5. **For which let execution issue.**

**IT IS SO ORDERED, DECREED, AND ADJUDGED.**

Dated this 30th day of November, 2010.

_____
The Honorable Marilyn L. Huff
UNITED STATES DISTRICT JUDGE

CONSENTED TO BY:

MIDLAND CREDIT MANAGEMENT, INC.

By: _____
Print Name: _____
Its: _____

MIDLAND FUNDING, LLC

By: _____
Print Name: _____
Its: _____

TRAUNER, COHEN & THOMAS, L.L.P.

By: _____
    Russell S. Thomas
Its: _____

By: _____
    Michael Cohen
Its: _____

RUSSELL S. THOMAS

By: _____
    Russell S. Thomas, Individually

**IT IS ORDERED, DECREED, AND ADJUDGED** that:

1. Midland will recover from the TCT Parties the sum of $1.8 million dollars ($1,800,000), as damages attributable to the claims asserted in Midland's Complaint.

2. The entry of this Consent Judgment shall not prejudice any pending claims, or any potential claims, that Midland may have against any other parties, persons or entities;

3. Midland's claims in this action are dismissed WITH PREJUDICE;

4. Each party shall bear its own attorneys' fees and costs;

5. **For which let execution issue.**

**IT IS SO ORDERED, DECREED, AND ADJUDGED.**

Dated this _____ day of November, 2010.

_____
The Honorable Marilyn L. Huff
UNITED STATES DISTRICT JUDGE

CONSENTED TO BY:

MIDLAND CREDIT MANAGEMENT, INC.

By: _____
Print Name: Andrew Asch
Its: Director, Legal Affairs and Litigation

MIDLAND FUNDING, LLC

By: _____
Print Name: Andrew Asch
Its: Assistant Secretary

TRAUNER, COHEN & THOMAS, L.L.P.

By: _____
     Russell S. Thomas
Its: _____

By: _____
     Michael Cohen
Its: _____

RUSSELL S. THOMAS

By: _____
     Russell S. Thomas, Individually

| | | |
|---|---|---|
| 1 | MRC RECEIVABLES CORPORATION | MICHAEL J. COHEN |
| 2 | By: _____ | By: _____ |
| 3 | Print Name: Andrew Asch | Michael J. Cohen, Individually |
| 4 | Its: Assistant Secretary | |
| 5 | | |
| 6 | MIDLAND FUNDING NCC-2 CORPORATION | |
| 7 | | |
| 8 | By: _____ | |
| 9 | Print Name: Andrew Asch<br>Its: Assistant Secretary | |

DICKSTEIN
SHAPIRO LLP

| | |
|---|---|
| 1   MRC RECEIVABLES CORPORATION | MICHAEL J. COHEN |
| 2 | |
| 3   By: _____ | By: *[signature]* |
|       Print Name: _____ |      Michael J. Cohen, Individually |
| 4   Its: _____ | |

1. 
2. MRC RECEIVABLES CORPORATION          MICHAEL J. COHEN
3. By: _____           By: *[signature]*
   Print Name: _____               Michael J. Cohen, Individually
4. Its: _____
5. 
6. MIDLAND FUNDING NCC-2
   CORPORATION
7. 
8. By: _____
   Print Name: _____
9. Its: _____

DICKSTEIN
SHAPIRO LLP

3
CONSENT JUDGMENT

DOCSLA-63304v1